# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| HAO LIU, | § § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. 4:17-CV-263 |
| FLOWERS DAVIS, PLLC, et al, | § § § | |
| Defendants. | § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 9, 2017, the report of the Magistrate Judge (Dkt. #9) was entered containing a recommendation that Plaintiff's claims be dismissed without prejudice in accordance with Federal Rule of Civil Procedure 41(b) for failure to comply with a Pre-Filing Injunction. *See Liu v. Medical Center of Plano et al.*, 409-CV-625 (E.D. Tex. Oct 26, 2010).

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE,** and the Clerk is directed to close this case.

All relief not previously granted is hereby denied.

**IT IS SO ORDERED**.
 SIGNED this 11th day of July, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE