# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| HAO LIU, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:17-CV-263 |
| FLOWERS DAVIS, PLLC, et al, | § § | |
| Defendants. | § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 16, 2018, the report of the Magistrate Judge (Dkt. #36) was entered containing proposed findings of fact and recommendations that *pro se* Plaintiff Hao Liu's ("Plaintiff") "United States Motion for Leave to File Supplemental Complaint based on its Judicial Notice" (Dkt. #32) and "United States Motion for Extension of Time to File Supplement Complaint based on Corrupt Public Tax Records" (Dkt. #33) (collectively, the "Motions") be denied. Both Motions appear to seek leave to file an amended complaint. *See* Dkt. #36.

On May 9, 2018, the report of the Magistrate Judge, sent to Plaintiff on March 19, 2018, at his address of record via certified mail, return receipt requested, was returned to the Court as undeliverable. *See* Dkt. #37. The Court notes it is Plaintiff's responsibility to keep the Court informed of his current address.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the

Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, both Motions (Dkts. #32; #33) are **DENIED**.

**IT IS SO ORDERED**.
**SIGNED this 22nd day of May, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE